61441. TUGGLE v. WILSON.

BIRDSONG, Judge.

Our judgment in *Tuggle v. Wilson,* 158 Ga. App. 411 (280 SE2d 628) has been reversed by the Supreme Court on certiorari (*Tuggle v. Wilson,* 248 Ga. 335 (282 SE2d 110)). Accordingly, in conformity with the mandate of the opinion by the Supreme Court, our decision is

hereby vacated and the opinion and judgment of the Supreme Court is made ours. It follows that the trial court erred in granting summary judgment to Mrs. Wilson on her cross complaint and granting summary judgment to Mrs. Wilson on Tuggle's complaint and dismissing the same.

*Judgment reversed. Shulman, P. J., and Sognier, J., concur.*

DECIDED FEBRUARY 4, 1982 —
REHEARING DENIED FEBRUARY 19, 1982 — 

*Harold A. Horne, Jr.,* for appellant.
*Richard C. Freeman III, Gary G. Agnew,* for appellee.